# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JAMIE L. MOTLEY, ) | Civil Action No. 7:12-cv-00557 |
|     Plaintiff, ) | |
| ) | **MEMORANDUM OPINION** |
| v. ) | |
| ) | By:    Michael F. Urbanski |
| DANVILLE CITY JAIL, <u>et al.</u>, ) | United States District Judge |
|     Defendant(s). ) | |

    Jamie L. Motley, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered on November 21, 2012, the court directed plaintiff to to comply with the conditions set forth within ten (10) days from the date of the Order.

    By a second Order entered on December 3, 2012, the court explained that plaintiff did not send in all the required paperwork and granted plaintiff ten (10) days from the date of the Order to comply. Plaintiff was directed to submit an inmate account form, and a certified copy of plaintiff's trust fund account for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

    More than twenty (20) days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

Entered: January 4, 2013

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge