IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMIE L. MOTLEY, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:12-cv-00557 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| DANVILLE CITY JAIL, <u>et al.</u>, | ) | By:   Michael F. Urbanski |
|     Defendant(s). | ) |        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

                                        Entered:  January 4, 2013

                                        */s/ Michael F. Urbanski*

                                        Michael F. Urbanski
                                        United States District Judge